**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter __12__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Arrowhead Vineyards, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-5063641 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7707 Lincoln Ave<br>Baroda, MI 49101<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Berrien<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://arrowheadvyds.com/ |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Arrowhead Vineyards, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

■ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | Arrowhead Vineyards, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   Arrowhead Vineyards, LLC
         _____          Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 14, 2026
               _____
               MM / DD / YYYY

**X** /s/ Daniel Nitz
_____            Daniel Nitz
Signature of authorized representative of debtor     _____
                                               Printed name

Title    Managing Member
         _____

**18. Signature of attorney**

**X** /s/ Michael P. Hanrahan                    Date   January 14, 2026
_____                    _____
Signature of attorney for debtor                        MM / DD / YYYY

Michael P. Hanrahan
_____
Printed name

CBH Attorneys & Counselors, PLLC.
_____
Firm name

MAIN OFFICE
25 Division Avenue S., Suite 500
Grand Rapids, MI 49503
_____
Number, Street, City, State & ZIP Code

Contact phone    616-608-3061            Email address   nikki@chasebylenga.com
                 _____            _____

P77274 MI
_____
Bar number and State

## UNANIMOUS CONSENT RESOLUTION OF
## MEMBERS OF ARROWHEAD VINEYARDS, LLC   TO REORGANIZE UNDER
## CHAPTER 12, SUBCHAPTER V, OF THE UNITED STATES BANKRUPTCY CODE

We, being all of the Members, of Arrowhead Vineyards, LLC, a Michigan limited liability company (hereafter, the "Company"), pursuant to a Meeting of Members of the Company held, pursuant to the Operating Agreement, on January 14 2026, (the "Consent Effective Date"), consent to the following resolutions and actions (hereafter, "Consent"), with such Consent to have the same force and effect as a unanimous vote.

### RESOLUTION

WHEREAS, Daniel Nitz, Norma Nitz, and James Nitz are the members ("Members") of the Company;

WHEREAS, the Members have reviewed the financial condition of Company and discussed options for continued operation of the Company as a going concern; and

WHEREAS, the Members have been advised by counsel to the Company regarding the various methods available to the Company for restructuring its financial affairs or winding down its business affairs and liquidating the Company's assets, including filing for relief under Title 11 of the United States Code (the "Bankruptcy Code"), assignment for the benefit of creditors, or settlement of claims with individual creditors of the Company; and

WHEREAS, the Members have determined that it is in the best interest of the Company, its creditors, shareholders, employees, and other interested parties, that the Company attempt to restructure its financial affairs under the provisions of Chapter 12, of the Bankruptcy Code based on the Members' analysis of each of the other alternatives and management's recommendations with respect thereto; and

WHEREAS, the Members wish to authorize the officers of the Company to take certain actions in connection with commencing and prosecuting a Chapter 12 case, including filing a voluntary petition for relief under the provisions of the Chapter 12 of the Bankruptcy Code and causing a Plan of Reorganization to be prepared for consideration and approval by the Company's creditors, members, other interest parties, and the Bankruptcy Court;

NOW THEREFORE IT IS RESOLVED that, in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, members, employees, and other interested parties, that the Company commence a Chapter 12 case by filing a voluntary petition for relief under the provisions of Chapter 12, Subchapter V, of the Bankruptcy Code; and it is

FURTHER RESOLVED that Ross Hakamaki, Member and Manager of the Company (the "Authorized Officer") be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 12 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the

Western District of Michigan in which the principal executive offices of the Company are located (the "Bankruptcy Court") at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that the Authorized Officer may deem necessary, proper, or desirable in connection with the Chapter 12 case, with a view to successful prosecution of the case; and it is

FURTHER RESOLVED that the law firm of CBH Attorneys & Counselors, PLLC, with its office at 25 Division Ave., S, Ste. 500, Grand Rapids, MI 49503 be, and hereby is, employed as attorneys for the Company under an Engagement Letter and pursuant to such other terms and conditions as the Authorized Officer may determine and as set forth in a written retainer agreement; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 12 case on such terms as are deemed necessary, proper, or desirable; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to take such action as may reasonably be required to settle or reduce the claims of creditors of the Company and/or receive value from the use or sale of the Company's assets prior to the commencement of the Company's Chapter 12 case; and it is

FURTHER RESOLVED that the Authorized Officer shall, with the assistance of counsel, enter into discussions with creditors of the Company with respect to the terms and conditions of an acceptable Plan of Reorganization, which Plan shall be submitted to the Members for review and approval, and take such actions as may be required to obtain the approval of such Plan by the Company's creditors, members, and the Bankruptcy Court; and it is

FURTHER RESOLVED that upon confirmation of the Plan of Reorganization the officers of the Company shall take such actions as may be reasonably required for the Company to perform its obligations under such Plan, including entering into such agreements with creditors of the Company as may be necessary to restructure any outstanding obligations of the Company to such creditors; and it is

FURTHER RESOLVED that the officers of the Company shall render regular reports regarding the progress of the Chapter 12 case and that the officers and the Members shall continue to meet on a regular basis during the Chapter 12 case to discharge its duties as the

debtor-in-possession of the Company's assets.

Dated: January 14, 2026

By: _____
Daniel Nitz, Member and Manager of
Arrowhead Vineyards, LLC

Dated: January 14, 2026

By: _____
Norma Nitz, Member

**Fill in this information to identify the case:**

Debtor name    Arrowhead Vineyards, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 14, 2026     **X** /s/ Daniel Nitz
                                             Signature of individual signing on behalf of debtor

                                             Daniel Nitz
                                             Printed name

                                             Managing Member
                                             Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Arrowhead Vineyards, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................... $     3,652,573.18

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................ $     3,652,573.18

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     4,092,961.62

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     914,217.78

4. Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b       | $     5,007,179.40 |

**Fill in this information to identify the case:**

Debtor name    Arrowhead Vineyards, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | $20.00 |

3.        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Horizon Bank Checking Account ending 4619<br>Operating Account | Checking | 4619 | $20,255.74 |
| 3.2. | Horizon Bank Checking Account ending 7240<br>Payroll Account | Business Checking | 7240 | $3,839.66 |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $24,115.40 |
|---|

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ■ No. Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

Debtor    Arrowhead Vineyards, LLC
Name

Case number *(If known)*

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | | |
|-----|-----|-----|---|-----|---|-----|
| | 11a. 90 days old or less: | 734,405.13 | - | 0.00 | = .... | $734,405.13 |
| | | face amount | | doubtful or uncollectible accounts | | |
| | 11a. 90 days old or less: | 852,950.00 | - | 0.00 | = .... | $852,950.00 |
| | | face amount | | doubtful or uncollectible accounts | | |
| | 11b. Over 90 days old: | 508,546.00 | - | 254,273.00 | =.... | $254,273.00 |
| | | face amount | | doubtful or uncollectible accounts | | |
| | 11b. Over 90 days old: | 47,070.83 | - | 35,303.12 | =.... | $11,767.71 |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $1,853,395.84 |
|-----|-----|-----|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|-----|-----|-----|-----|-----|-----|
| 19. | **Raw materials** 30 Oak Wine Barrells | | $9,000.00 | Liquidation | $9,000.00 |

| 20. | **Work in progress** |
|-----|-----|
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

| 23. | **Total of Part 5.** | $9,000.00 |
|-----|-----|-----|
| | Add lines 19 through 22.  Copy the total to line 84. | |

| 24. | **Is any of the property listed in Part 5 perishable?** |
|-----|-----|
| | ■ No |
| | ☐ Yes |

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No

Debtor    Arrowhead Vineyards, LLC    Case number *(If known)* _____
_____
Name

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* See Attached Debtor's Spreadsheet Including Debtor's Machinery and Equipment Used in Operation of Debtor's Business. Details include Make/Model, VIN/Serial Number, Machine Description, a Narrative Description, and Value. | $1,750,700.00 | Appraisal | $1,750,000.00 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.    | $1,750,000.00 |

34. **Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    Arrowhead Vineyards, LLC                                    Case number *(If known)* _____
           Name

39.    **Office furniture**

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| Office equipment, furnishings and related technology | $1,058.94 | Liquidation | $1,058.94 |
| --- | --- | --- | --- |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.

| $1,058.94 |
| --- |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46.    **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ■ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

54.    **Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  350 Acres of Leased Agricultural Property for Grape Harvest and Winery | Lease | $0.00 | Liquidation | $0.00 |

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

| $0.00 |
| --- |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    Arrowhead Vineyards, LLC _____    Case number *(If known)* _____
          Name

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites**<br>Website Domain: https://arrowheadvyds.com/ | $0.00 | Liquidation | $1.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations**<br>Customer List | $1.00 | Liquidation | $1.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill**<br>General Goodwill of Arrowhead Vineyards, LLC | $1.00 | Liquidation | $1.00 |

66.  **Total of Part 10.**                                                                 | $3.00 |
     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

Debtor    Arrowhead Vineyards, LLC                                          Case number *(If known)*  _____
_____
Name

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>Crop Insurance through AgriSompo North America<br>Jordan J. Grieser Insurance, LLC<br>Policy number 3158359<br>Grapes insured for 294.62 Acres with total expected<br>revenue of $2,530,181.00 | Unknown |
| | Worker's Comp Insurance through Home-Owners Insurance<br>Company<br>Strefling Insurance Agency, Inc.<br>Policy number A106-634-322 | $0.00 |
| | Commercial Property Insurance through Home-Owners<br>Insurance Company<br>Strefling Insurance Agency, Inc.<br>Policy number 53-370-829-00 | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | Lawsuit against Auto-Owner's Insurance | Unknown |
| | **Nature of claim**     Civil Action | |
| | **Amount requested**              $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>Former Employee Embezzlement Criminal Restitution (Pays<br>$250.00/month) | $15,000.00 |
| | **Nature of claim**     Judgment | |
| | **Amount requested**              $0.00 | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $15,000.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    Arrowhead Vineyards, LLC
_____    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,115.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,853,395.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,750,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,058.94 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $15,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,652,573.18 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,652,573.18 |

| Item No. | Make/Model/Year | VIN/Serial Number (S/N and/or VIN) | Description (Machine Description) | Narrative Description | Value (FLV) |
|---|---|---|---|---|---|
| 001 | Case IH 5240 / 1996 | N/A | Tractor (Utility) | CAH, MFWA, 3PT, PTO, 2 outlets, w/ loader; used in the Debtor's vineyard and farming operations. | $ 20,000.00 |
| 002 | John Deere 5100GN | S/N: 010885 | Tractor | CAH, MFWA, 3PT, PTO, 3 outlets; used in the Debtor's vineyard and farming operations. | $ 44,000.00 |
| 003 | John Deere 5100GN | S/N: 010926 | Tractor | CAH, MFWA, 3PT, PTO, 3 outlets; used in the Debtor's vineyard and farming operations. | $ 44,000.00 |
| 004 | John Deere 5100GN | S/N: 010930 | Tractor | CAH, MFWA, 3PT, PTO, 3 outlets; used in the Debtor's vineyard and farming operations. | $ 44,000.00 |
| 005 | John Deere 5100GN | S/N: 010933 | Tractor | CAH, MFWA, 3PT, PTO, 3 outlets; used in the Debtor's vineyard and farming operations. | $ 44,000.00 |
| 006 | John Deere 5100GN / 2021 | S/N: 010892 | Tractor | CAH, MFWA, 3PT, PTO, 3 outlets; used in the Debtor's vineyard and farming operations. | $ 45,500.00 |
| 007 | John Deere 5100GN / 2021 | S/N: 010920 | Tractor | CAH, MFWA, 3PT, PTO, 3 outlets; used in the Debtor's vineyard and farming operations. | $ 47,500.00 |
| 008 | John Deere 5100GN / 2021 | S/N: 010924 | Tractor | CAH, MFWA, 3PT, PTO, 3 outlets; used in the Debtor's vineyard and farming operations. | $ 45,000.00 |
| 009 | John Deere 5101EN / 2012 | S/N: 670143 | Tractor (Narrow) | CAH, MFWA, 3PT, PTO (~4600 hrs); used in the Debtor's vineyard and farming operations. | $ 20,000.00 |
| 010 | John Deere 5101EN / 2014 | S/N: 1475010 | Tractor (Narrow) | CAH, 2WD, 3PT, PTO, 3 outlets, front weights; used in the Debtor's vineyard and farming operations. | $ 16,000.00 |
| 011 | Kubota L4310GST / 1999 | N/A | Tractor | ROPS, MFWA, 3PT, PTO; used in the Debtor's vineyard and farming operations. | $ 6,500.00 |
| 012 | Kubota L5030HST / 2005 | N/A | Tractor | ROPS, MFWA, 3PT, PTO, 1 outlet; used in the Debtor's vineyard and farming operations. | $ 6,500.00 |
| 013 | Kubota M6-131 | N/A | Tractor | CAH, MFWA, 3PT, PTO, 3 outlets, w/ LA2255 loader (~7000 hrs); used in the Debtor's vineyard and farming operations. | $ 40,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 014 | Kubota M8200 Narrow / 2008 | N/A | Tractor (Narrow) | ROPS canopy, MFWA, 3PT, PTO, 2 outlets; used in the Debtor's vineyard and farming operations. | $ | 13,000.00 |
| 015 | Takeuchi TL140 / 2005 | N/A | Skid Loader | EROPS, rubber tracks, manual detach; used in the Debtor's vineyard and farming operations. | $ | 20,000.00 |
| 016 | Terex TH842C | N/A | Telehandler | ROPS, 4WD, foam tires, rebuilt transmission (2024); used in the Debtor's vineyard and farming operations. | $ | 27,500.00 |
| 017 | Mitsubishi FGC25 / 1995 | S/N: AF82B-90958 | Forklift | ROPS, 3-stage mast, LP, 4,700 lb, side shift, 189" reach, bin rotator; used in the Debtor's vineyard and farming operations. | $ | 5,000.00 |
| 018 | Toyota Forklift | N/A | Forklift | ROPS, 3-stage mast, LP, 5,000 lb; used in the Debtor's vineyard and farming operations. | $ | 5,000.00 |
| 019 | Toyota 42-6FGCU15 | N/A | Forklift | ROPS, 3-stage mast, LP, solid tires, side shift, 189" reach; used in the Debtor's vineyard and farming operations. | $ | 4,500.00 |
| 020 | Toyota 8FGCU30 / 2007 | S/N: 10677 | Forklift | ROPS, 3-stage mast, LP, pneumatic tires, side shift, 187" reach, 5,620 lb; used in the Debtor's vineyard and farming operations. | $ | 7,500.00 |
| 021 | John Deere GX345 / 2003 | N/A | Lawn Tractor | OS, 2WD, 20HP liquid-cooled V-twin engine, ~42" belly mower; used in the Debtor's vineyard and farming operations. | $ | 1,500.00 |
| 022 | Cultivator (Red) | N/A | Cultivator | 6-shank, 3-point mounted; used in the Debtor's vineyard and farming operations. | $ | 500.00 |
| 023 | Vineyard Cultivator | N/A | Vineyard Cultivator | 3-point mounted (physically unverified); used in the Debtor's vineyard and farming operations. | $ | 500.00 |
| 024 | Vineyard Cultivator (3 Row) | N/A | Vineyard Cultivator | 3-row, 3-point mounted (physically unverified); used in the Debtor's vineyard and farming operations. | $ | 500.00 |
| 025 | Unverferth Perfecta II | N/A | Field Cultivator | ~6', 3-point mounted, rear crumbler; used in the Debtor's vineyard and farming operations. | $ | 2,000.00 |

| 026 | Plow | N/A | Plow | 4-bottom (physically unverified); used in the Debtor's vineyard and farming operations. | $ | 250.00 |
| 027 | Kuhn EL-62 | N/A | Rototiller | 3-point mounted, PTO driven, 6'; used in the Debtor's vineyard and farming operations. | $ | 1,750.00 |
| 028 | International Subsoiler | N/A | Subsoiler | V-ripper, 1 shank, 3-point mounted (physically unverified); used in the Debtor's vineyard and farming operations. | $ | 500.00 |
| 029 | Transport Disk | N/A | Transport Disk | 5', 1 section; used in the Debtor's vineyard and farming operations. | $ | 400.00 |
| 030 | International Transport Disk | N/A | Transport Disk | ~12', 1 section; used in the Debtor's vineyard and farming operations. | $ | 800.00 |
| 031 | Brillion SSPT-804 | S/N: 184090 | Seeder | ~5', 3-point mounted; used in the Debtor's vineyard and farming operations. | $ | 3,000.00 |
| 032 | Demco Liquid Tender Trailer | N/A | Liquid Tender Trailer | 1,000 gal, tandem axle, poly; used in the Debtor's vineyard and farming operations. | $ | 3,000.00 |
| 033 | Durand Wayland 844T/24313 / 2019 | N/A | Orchard Sprayer (Pull Type) | 350 gal, 1 axle, rear airblast; used in the Debtor's vineyard and farming operations. | $ | 9,000.00 |
| 034 | Durand Wayland 844T/24313 / 2019 | N/A | Orchard Sprayer (Pull Type) | 350 gal, 1 axle, rear airblast; used in the Debtor's vineyard and farming operations. | $ | 9,000.00 |
| 035 | Durand Wayland 844T/24313 / 2019 | S/N: 19346 | Orchard Sprayer (Pull Type) | 350 gal, 1 axle, rear airblast; used in the Debtor's vineyard and farming operations. | $ | 9,000.00 |
| 036 | Durand Wayland 844T/24313 / 2019 | S/N: 19437 | Orchard Sprayer (Pull Type) | 350 gal, 1 axle, rear airblast; used in the Debtor's vineyard and farming operations. | $ | 9,000.00 |
| 037 | T-Bro Fab Orchard Sprayer | N/A | Orchard Sprayer (Pull Type) | 400 gal, tandem axle, 6-head sprayer; used in the Debtor's vineyard and farming operations. | $ | 7,000.00 |
| 038 | T-Bro Fab Orchard Sprayer | N/A | Orchard Sprayer (Pull Type) | 400 gal, tandem axle, 6-head sprayer; used in the Debtor's vineyard and farming operations. | $ | 7,000.00 |
| 039 | Sprayer (Pull Type) | N/A | Sprayer (Pull Type) | 400 gal poly, 1 axle, shield sprayer; used in the Debtor's vineyard and farming operations. | $ | 750.00 |
| 040 | Crop Care TR300 | S/N: 2597 | Sprayer (Pull Type) | 300 gal poly, 1 axle, shield sprayer; used in the Debtor's vineyard and farming operations. | $ | 4,500.00 |
| 041 | Broyhill Sprayer (Skid) | N/A | Sprayer (Skid) | Gas powered, ~50 gal; used in the Debtor's vineyard and farming operations. | $ | 750.00 |

| 042 | Weed Sprayer | N/A | Weed Sprayer | 2-row front mounted, 300 gal tank, 1 axle; used in the Debtor's vineyard and farming operations. | $ | 2,000.00 |
| 043 | Grape Harvest Bins (Qty 550) | N/A | Produce Bins (Wood) | Wooden grape harvest bins with plastic liners; 1 ton; used in the Debtor's vineyard and farming operations. | $ | 96,250.00 |
| 044 | Grapekist Vinestar / 2003 | N/A | Gondola Dump Cart | Qty (4): tandem axle, yellow painted SS, 4 ton; used in the Debtor's vineyard and farming operations. | $ | 40,000.00 |
| 045 | J&M Gravity Wagon | N/A | Gravity Wagon | ~300 bu, 4-wheel transfer, 6" auger; used in the Debtor's vineyard and farming operations. | $ | 1,250.00 |
| 046 | Storage Shipping Containers | N/A | Storage Containers | Qty (2): 20' storage shipping containers; used in the Debtor's vineyard and farming operations. | $ | 4,500.00 |
| 047 | Totes (Qty ~100) | N/A | Totes | ~100 totes; 275 gal each (physically unverified); used in the Debtor's vineyard and farming operations. | $ | 6,000.00 |
| 048 | Vermeer BP8000 / 2012 | N/A | Bale Processor | Rear bale lifter, pull type; used in the Debtor's vineyard and farming operations. | $ | 4,500.00 |
| 049 | Dump Wagon | N/A | Dump Wagon | 6', super tilt, steel (physically unverified); used in the Debtor's vineyard and farming operations. | $ | 1,500.00 |
| 050 | Badger 5800L | N/A | Liquid Manure Spreader | Tandem axle, 5,800 liter, rear splash pan; used in the Debtor's vineyard and farming operations. | $ | 5,000.00 |
| 051 | Box Scraper | N/A | Box Scraper | ~8', pull type (physically unverified); used in the Debtor's vineyard and farming operations. | $ | 1,000.00 |
| 052 | Flat Rack Wagon | N/A | Flat Rack Wagon | Used as an entertainment stage; bamboo sides; wheel transfer (physically unverified); used in the Debtor's vineyard and farming operations. | $ | 2,000.00 |
| 053 | Tasting Room/Outdoor Furniture | N/A | Furniture | Including: (8) swing chairs, (10) trash cans, misc chairs & tables; used in the Debtor's vineyard and farming operations. | $ | 22,500.00 |

| 054 | Wacker Neuson WM170 | N/A | Plate Compactor | Walk-behind plate compactor; used in the Debtor's vineyard and farming operations. | $ | 750.00 |
| 055 | Platform Scale | N/A | Scale | 4'x4' platform scale, digital weigh indicator, remote platform; used in the Debtor's vineyard and farming operations. | $ | 1,000.00 |
| 056 | CountyLine Post Hole Auger (Qty 2) | N/A | Post Hole Auger | Two (2) units; 3-point mounted; used in the Debtor's vineyard and farming operations. | $ | 1,500.00 |
| 057 | John Deere Rotary Cutter | N/A | Rotary Cutter | 6', 3-point mounted, PTO driven, 1 rear wheel; used in the Debtor's vineyard and farming operations. | $ | 1,250.00 |
| 058 | John Deere 609 Rotary Cutter | N/A | Rotary Cutter | 6', 3-point mounted, PTO driven, 1 rear wheel (physically unverified); used in the Debtor's vineyard and farming operations. | $ | 1,000.00 |
| 059 | John Deere MX5 Rotary Cutter (Qty 2) | N/A | Rotary Cutter | Two (2) units; 5', 3-point mounted, PTO driven, 1 rear wheel; used in the Debtor's vineyard and farming operations. | $ | 2,500.00 |
| 060 | Shop Tools (Misc.) | N/A | Shop Tools | Including: welders (Miller Millermatic 252, Miller Trailblazer 250G), wheel balancer, tire changer, pressure washer, drill press, misc hand & power tools; used in the Debtor's vineyard and farming operations. | $ | 16,000.00 |
| 061 | Skid Loader Attachments (Misc.) | S/N: JCARUD2782- | Skid Loader Attachments | Including: Montana 750R Rancher post driver; Danuser 1530 dual & single auger post hole augers; Weed Badger 2550 hydraulic swing weeder; grapple bucket; (2) King Kutter bale spears; (2) PFS; used in the Debtor's vineyard and farming operations. | $ | 12,500.00 |
| 062 | Boss Snow Plow (Qty 2) | N/A | Snow Plow | Two (2) units; ~6' V-plow; used in the Debtor's vineyard and farming operations. | $ | 2,500.00 |
| 063 | Meyer Snow Plow | N/A | Snow Plow | ~8' straight blade; used in the Debtor's vineyard and farming operations. | $ | 800.00 |
| 064 | Utility Trailer ("Gator") | N/A | Utility Trailer | ~3'x~7', 1 axle, non-titled; used in the Debtor's vineyard and farming operations. | $ | 350.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 065 | Cima Gearmore PS Series Hedger / 2008 | S/N: 20673 | Hedger | Front mounted, hydraulic driven; used in the Debtor's vineyard and farming operations. | $ | 7,500.00 |
| 066 | Gregoire G140SW / 2003 | S/N: VF9G1401B04 | Grape Harvester | CAH, 4-wheel, over-the-row, ~4,500 hrs; used in the Debtor's vineyard and farming operations. | $ | 100,000.00 |
| 067 | Oxbo 6120 / 2016 | S/N: VF9G1401B04 | Grape Harvester | CAH, 4WD, over-the-row, ~2,100 hrs; used in the Debtor's vineyard and farming operations. | $ | 195,000.00 |
| 068 | Collard PC1LPR1R / 2014 | N/A | Vine Pre-pruner | Front mounted, hydraulic driven, 1 row; used in the Debtor's vineyard and farming operations. | $ | 5,000.00 |
| 069 | Padovane Sirio 100 / 2016 | S/N: 01623 | Grape Press | Vertical hydraulic press, 238 gal, dual motor, control panels, steel, w/ (2) barrels; used in the Debtor's vineyard and farming operations. | $ | 18,500.00 |
| 070 | Padovane Sirio 90 / 1998 | S/N: 980031 | Grape Press | Vertical hydraulic press, control panels, steel, w/ (2) barrels; used in the Debtor's vineyard and farming operations. | $ | 7,000.00 |
| 071 | Processing Equipment (Misc. Wine/Juice) | N/A | Processing Equipment | Including: grape hopper (~8'x18' with bottom auger and incline unload conveyor); bottle filler (6 spout, SS); SS funnel hopper; membrane filters (large & small); wine pump (SS); plate filter (SS); Diemme Kappa 15 crusher/destemmer (SS); used in the Debtor's vineyard and farming operations. | $ | 42,500.00 |
| 072 | Wine Tanks (Multiple) | N/A | Wine Tanks | Including: (5) NSI ST16B 634 gal 24 BBL SS tanks; (1) NSI ST8B 660 gal SS double tank; (1) 2,000 gal fiberglass tank; (2) Letina 1,600 gal SS jacketed tanks w/ CIP attachment; (3) 1,600 gal jacketed SS tanks; (11) 6,400 gal SS foam jacketed outdoor tanks (only 7 delivered at inspection); (5) 400 gal SS tanks; (3) 200 gal SS tanks; used in the Debtor's vineyard and farming operations. | $ | 370,000.00 |
| 073 | Bin Trailer (Qty 4) | N/A | Bin Trailer | Four (4) units; red, metal deck, 1 axle, head board, 3-bin capacity; used in the Debtor's vineyard and farming operations. | $ | 8,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 074 | Sfoggiatech Future Next 3 Crossflow Filter / 2016 | S/N: 4833-16 | Crossflow Filter | Stainless steel crossflow filter; used in the Debtor's vineyard and farming operations. | $ 50,000.00 |
| 075 | Phil Brown Frost Fans (Qty 3) | N/A | Frost Fan | Three (3) units; 5', 3-point mounted, PTO driven; used in the Debtor's vineyard and farming operations. | $ 10,500.00 |
| 076 | Phil Brown Frost Fans / 2020 (Qty 3) | S/N: 453 / 421 / 42 | Frost Fan | Three (3) units; 7', 3-point mounted, PTO driven; used in the Debtor's vineyard and farming operations. | $ 16,500.00 |
| 077 | Pik Rite Grape Comber | N/A | Grape Comber | OROPS 4-post canopy, 4WD, new engine 2024; converted from grape harvester; used in the Debtor's vineyard and farming operations. | $ 25,000.00 |
| 078 | IDD Process & Packing Squire Plus 2 | N/A | Keg Washer | Keg sanitizer/filler, stainless steel, 2-keg; used in the Debtor's vineyard and farming operations. | $ 12,500.00 |
| 079 | Pellenc Effeuilleuse Leaf Remover / 2020 | S/N: 33U034 | Leaf Remover | Soft touch, hydraulic driven, front mounted; used in the Debtor's vineyard and farming operations. | $ 12,500.00 |
| 080 | Lanco Crop Care Row Mulcher Mulch Spreader | S/N: 511 | Mulch Spreader | Tandem axle; front right-hand discharge; galvanized steel paneling; heavy-duty chassis; wooden floor; used in the Debtor's vineyard and farming operations. | $ 12,500.00 |
| 081 | Clemens Vineyard Shoot Binder | | Vineyard Shoot Binder | Front mounted, hydraulic driven, 1 row; used in the Debtor's vineyard and farming operations. | $ 38,000.00 |
| 082 | Wine Barrel Racks (Qty 40) | N/A | Wine Barrel Racks | Forty (40) steel racks; used in the Debtor's vineyard and farming operations. | $ 1,600.00 |
| 083 | Wine Bottle Display Racks (Qty 11) | N/A | Bottle Display Racks | Eleven (11) wooden display racks; used in the Debtor's vineyard and farming operations. | $ 500.00 |
| 084 | Winery/Brewery Hoses (Misc.) | N/A | Hoses & Fittings | Misc valves, hoses & fittings; used in the Debtor's vineyard and farming operations. | $ 13,500.00 |
| 085 | Fuel Trailer | N/A | Fuel Trailer | 1 axle, 300-gallon diesel tank; used in the Debtor's vineyard and farming operations. | $ 1,250.00 |

$    1,750,700.00

**Fill in this information to identify the case:**

Debtor name    Arrowhead Vineyards, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** Can Capital Asset Servicing, I
Creditor's Name

1850 Parkway Place
Ste. 1150
Marietta, GA 30067
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
May 2024

**Last 4 digits of account number**
9067

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
90 days or less: Account Receivable from Nexterra Wine Company, LLC
Ice Wine Harvest

**Describe the lien**
Future Receivables

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$223,825.00    $852,950.00

---

**2.2** Financial Pacific Leasing Inc.
Creditor's Name

3455 S. 344th Way
Ste. 300
Auburn, WA 98001
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/17/2024

**Last 4 digits of account number**
6902

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2011 Peterbilt Double Axle Trailer
Value Included in Schedule B, #30 with appraised equipment

**Describe the lien**
Common Law Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$77,604.00    $75,000.00

Debtor **Arrowhead Vineyards, LLC**
_____
Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Financial Pacific Leasing Inc.** | | | |
|---|---|---|---|---|

Creditor's Name

3455 S. 344th Way
Ste. 300
Auburn, WA 98001
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/17/2024
**Last 4 digits of account number**
6902
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
30 Oak Wine Barrells

$47,716.00     $9,000.00

**Describe the lien**
Common Law Lien
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Greenstone Farm Credit Service** | | | |
|---|---|---|---|---|

Creditor's Name

3515 West Road
East Lansing, MI 48823
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
06/25/2024
**Last 4 digits of account number**
4400
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
See Attached Spreadsheet Including Debtor's Machinery and Equipment Used in Operation of Debtor's Business. Details include Make/Model, VIN/Serial Number, Machine Description, a Narrative Description, and Value.

$3,399,932.39     $1,750,000.00

**Describe the lien**
Line of Credit
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **John Deere Financial** | | | |
|---|---|---|---|---|

Creditor's Name

P.O. Box 5327
Madison, WI 53705-0327
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
JD 5105 UtilityTractors

$218,890.00     $350,000.00

**Describe the lien**

---

Debtor  Arrowhead Vineyards, LLC                                              Case number (if known) _____
        Name

|  | Common Law Lien |
|--|--|
|  | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| 09/10/2024 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| 2940 |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.6 | John Deere Financial | **Describe debtor's property that is subject to a lien** | $99,840.00 | $100,000.00 |
|--|--|--|--|--|
|  | Creditor's Name | JD 6140 Row-Crop Tractor |  |  |
|  | P.O. Box 5327 |  |  |  |
|  | Madison, WI 53705-0327 |  |  |  |
|  | Creditor's mailing address | **Describe the lien** |  |  |
|  |  | Common Law Lien |  |  |
|  |  | **Is the creditor an insider or related party?** |  |  |
|  | _____ | ■ No |  |  |
|  | Creditor's email address, if known | ☐ Yes |  |  |
|  |  | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred** | ☐ No |  |  |
|  | 09/10/2024 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  | 0809 |  |  |  |
|  | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |  |  |
|  | ■ No | ☐ Contingent |  |  |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |

---

| 2.7 | KLC Financial | **Describe debtor's property that is subject to a lien** | $25,154.23 | $40,000.00 |
|--|--|--|--|--|
|  | Creditor's Name | Bucher RPF 40 Pneumatic Press SN: 056300 |  |  |
|  | 4350 Baker Rd. |  |  |  |
|  | Ste. 100 |  |  |  |
|  | Hopkins, MN 55343 |  |  |  |
|  | Creditor's mailing address | **Describe the lien** |  |  |
|  |  | Common Law Lien |  |  |
|  |  | **Is the creditor an insider or related party?** |  |  |
|  | _____ | ■ No |  |  |
|  | Creditor's email address, if known | ☐ Yes |  |  |
|  |  | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred** | ■ No |  |  |
|  | 09/04/2024 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  | 7701 |  |  |  |
|  | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |  |  |

Debtor   Arrowhead Vineyards, LLC
            _____          Case number (if known)  _____
            Name

■ No
☐ Yes. Specify each creditor,              ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.                                   ☐ Disputed
_____

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $4,092,961.62 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Dimension Funding<br>c/o Larry Wagner<br>6 Hughes, Suite 220,<br>Irvine, CA 92618 | Line  2.2 | 6902 |
| Kathleen M. O'Connell<br>1850 Parkway Place SE Suite 11<br>Marietta, GA 30067 | Line  2.1 | |
| Warner, Norcross & Judd<br>c/o Liz Von Eitzen<br>180 East Water St.<br>Ste 7000<br>Kalamazoo, MI 49007 | Line  2.4 | |

**Fill in this information to identify the case:**

Debtor name _Arrowhead Vineyards, LLC_

United States Bankruptcy Court for the: _WESTERN DISTRICT OF MICHIGAN_

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $0.00     Priority amount $0.00

Date or dates debt was incurred
NA

Basis for the claim:
Current (For Notice Only)

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.2** Priority creditor's name and mailing address

State of Michigan
Department of Treasury
PO Box 30199
Lansing, MI 48909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $0.00     Priority amount $0.00

Date or dates debt was incurred
NA

Basis for the claim:
Current (For Notice Only)

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

Debtor    Arrowhead Vineyards, LLC
_____    Case number (if known) _____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,170.43 |
|---|---|---|---|

Ace Hardware
343 N Main St
Watervliet, MI 49098

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Business Debt

**Last 4 digits of account number** NA

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,500.00 |
|---|---|---|---|

AgDirect
5015 S 118th St
Omaha, NE 68137

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** 2 Peterbilt Tractors in name of Nitzco, LLC (affiliated entity)

**Last 4 digits of account number** 7511

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,018.50 |
|---|---|---|---|

AgriSompo
7101 82nd St
Lubbock, TX 79424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Business Debt

**Last 4 digits of account number** NA

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,837.55 |
|---|---|---|---|

Beaudoin Electrical Constructi
3042 S Pipestone Rd
Sodus, MI 49126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Business Debt

**Last 4 digits of account number** NA

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

Brunke-Geiger
8946 1st St
Baroda, MI 49101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Multiple

**Basis for the claim:** Business Debt

**Last 4 digits of account number** NA

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215,216.34 |
|---|---|---|---|

Can Capital Asset Servicing, I
1850 Parkway Place
Ste. 1150
Marietta, GA 30067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/30/2025

**Basis for the claim:** Loan Agreement

**Last 4 digits of account number** 9067

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155,136.00 |
|---|---|---|---|

Canon Financial Services
14904 Collections Center Driv
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** G&D Chiller

**Last 4 digits of account number** 7671

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Arrowhead Vineyards, LLC
_____
         Name

Case number (if known)   _____

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address** | |
| | Eau Claire Fruit Exchange | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | 6486 W Main St | ☐ Contingent |
| | Eau Claire, MI 49111 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Business Debt |
| | **Last 4 digits of account number** NA | Is the claim subject to offset? ■ No ☐ Yes |

$2,976.68

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address** | |
| | Gillison's Variety Fabrication | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | 3033 Benzie Hwy | ☐ Contingent |
| | Benzonia, MI 49616 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Business Debt |
| | **Last 4 digits of account number** NA | Is the claim subject to offset? ■ No ☐ Yes |

$3,048.09

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address** | |
| | Horizon Bank | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | 515 Franklin Square | ☐ Contingent |
| | Michigan City, IN 46360 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Credit Card |
| | **Last 4 digits of account number** 8334 | Is the claim subject to offset? ■ No ☐ Yes |

$4,116.55

| | | |
|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address** | |
| | Indiana Michigan Power Company | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | 110 E Wayne St | ☐ Contingent |
| | Fort Wayne, IN 46802 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Business Debt |
| | **Last 4 digits of account number** NA | Is the claim subject to offset? ■ No ☐ Yes |

$1,939.26

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | |
| | Innovation Refunds | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | 4350 Westown Pkwy 8 | ☐ Contingent |
| | Ste 300 | ☐ Unliquidated |
| | West Des Moines, IA 50266 | ☐ Disputed |
| | **Date(s) debt was incurred** 11/20/2023 | **Basis for the claim:** Loan Agreement |
| | **Last 4 digits of account number** 7628 | Is the claim subject to offset? ■ No ☐ Yes |

$75,000.00

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | |
| | Kendell Electric | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | 832 Scribner Ave NW | ☐ Contingent |
| | Grand Rapids, MI 49504 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Business Debt |
| | **Last 4 digits of account number** NA | Is the claim subject to offset? ■ No ☐ Yes |

$420.79

| | | |
|---|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address** | |
| | Lakeview Vineyards Equipment | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | 7707 Lincoln Ave. | ☐ Contingent |
| | Baroda, MI 49101 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** Multiple | **Basis for the claim:** Business Debt |
| | **Last 4 digits of account number** NA | Is the claim subject to offset? ■ No ☐ Yes |

$9,014.34

Debtor   Arrowhead Vineyards, LLC _____   Case number (if known) _____
       Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,490.33 |
|---|---|---|---|

Lawrence Freezer Corporation
224 Michigan St
Lawrence, MI 49064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __NA__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.20 |
|---|---|---|---|

LINDE GAS & EQUIPMENT, INC
10 Riverview Drive
Danbury, CT 06810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __NA__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281,057.78 |
|---|---|---|---|

Nutrient Ag Solutions
5296 Harvest Lake Dr
Loveland, CO 80538

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** __1617__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.02 |
|---|---|---|---|

Southwestern Supply Corp
4728 S Niles Rd
Saint Joseph, MI 49085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __NA__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,639.50 |
|---|---|---|---|

Varnum
Bridgewater Place
PO Box 352
Grand Rapids, MI 49501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2025__

**Basis for the claim:** __Attorney's Fees__

**Last 4 digits of account number** __NA__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.42 |
|---|---|---|---|

West Plains Mining, LLC
6181 US-24 BUS
Wabash, IN 46992

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Multiple__

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __NA__

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | Arrowhead Vineyards, LLC | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1 | Corporate Client Services LLC<br>1880 North Congress Avenue<br>Suite 211<br>Boynton Beach, FL 33426 | Line  3.6 <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Michigan Attorney General<br>P.O. Box 30212<br>Lansing, MI 48909 | Line  2.2 <br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | United States Attorney<br>Attn: Donna Justice<br>330 Ionia Ave NW<br>The Law Bldg, Ste 501<br>Grand Rapids, MI 49503 | Line  2.1 <br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|--|--|--|------------------------|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 914,217.78 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 914,217.78 |

**Fill in this information to identify the case:**

Debtor name     Arrowhead Vineyards, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Real Property Lease | |
| | State the term remaining | 5 years | Lakeview Vineyards, LLC |
| | List the contract number of any government contract | _____ | 7707 Lincoln Ave<br>Baroda, MI 49101 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Sales Contract - Ice Wine | |
| | State the term remaining | 1 year | Nexterra Wine Company, LLC |
| | List the contract number of any government contract | _____ | 9016 Murphy Rd<br>Woodridge, IL 60517 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Sales Contract - Grapes | |
| | State the term remaining | 1.5 years | St. James Winery |
| | List the contract number of any government contract | _____ | 540 State Rte. B<br>Saint James, MO 65559 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Arrowhead Vineyards, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | BURGOYNE RIDGE BARN, LLC | 7707 Lincoln Ave. Baroda, MI 49101 | Can Capital Asset Servicing, I | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Chill Hill, LLC | 7707 Lincoln Ave. Baroda, MI 49101 | Can Capital Asset Servicing, I | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Daniel Nitz | 8653 Hollywood Rd Berrien Springs, MI 49103 | Can Capital Asset Servicing, I | ☐ D _____ <br> ■ E/F ___3.6___ <br> ☐ G _____ |
| 2.4 | Daniel Nitz | 8653 Hollywood Rd Berrien Springs, MI 49103 | Greenstone Farm Credit Service | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | Daniel Nitz | 8653 Hollywood Rd Berrien Springs, MI 49103 | John Deere Financial | ■ D ___2.5___ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor  Arrowhead Vineyards, LLC _____  Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Daniel Nitz | 8653 Hollywood Rd<br>Berrien Springs, MI 49103 | John Deere Financial | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Lakeview<br>Vineyards, LLC | 7707 Lincoln Ave.<br>Baroda, MI 49101 | | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Lakeview<br>Vineyards, LLC | 7707 Lincoln Ave.<br>Baroda, MI 49101 | Greenstone Farm<br>Credit Service | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Lakeview<br>Vineyards, LLC | 7707 Lincoln Ave.<br>Baroda, MI 49101 | Can Capital Asset<br>Servicing, I | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | MICHIGAN<br>HARVESTER &<br>VINEYARD | 7707 Lincoln Ave.<br>Baroda, MI 49101 | Can Capital Asset<br>Servicing, I | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Nitz Bev, LLC | 7707 Lincoln Avenue<br>Baroda, MI 49101 | Greenstone Farm<br>Credit Service | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Nitzco, LLC | 7707 Lincoln Ave.<br>Baroda, MI 49101 | AgDirect | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.13 | Nitzco, LLC | 7707 Lincoln Ave.<br>Baroda, MI 49101 | Greenstone Farm<br>Credit Service | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |

Debtor  Arrowhead Vineyards, LLC             Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | Nitzco, LLC | 7707 Lincoln Ave.<br>Baroda, MI 49101 | Can Capital Asset Servicing, I | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Norma Nitz | 7707 Lincoln Ave.<br>Baroda, MI 49101 | Greenstone Farm Credit Service | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   Arrowhead Vineyards, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From  1/01/2025 to 12/31/2025 | ■ Operating a business<br>☐ Other  _____ | $2,138,596.73 |
| For year before that:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other  _____ | $2,532,855.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From  1/01/2025 to 12/31/2025 | Embezzlement Criminal Restitution | $3,000.00 |
| For prior year:<br>From  1/01/2025 to 12/31/2025 | Employee Retention Credit | $229,936.84 |
| For prior year:<br>From  1/01/2025 to 12/31/2025 | FSA Payments | $449,509.62 |
| For year before that:<br>From  1/01/2024 to 12/31/2024 | Embezzlement Criminal Restitution | $3,000.00 |
| For year before that:<br>From  1/01/2024 to 12/31/2024 | Crop Insurance | $281,315.36 |

Debtor    Arrowhead Vineyards, LLC    Case number *(if known)*

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From 1/01/2024 to 12/31/2024 | Employee Retention Credit | $360,563.99 |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Can Capital Asset Servicing, Inc. v. Arrowhead Vineyards, LLC, Norma Jean Nitz and Daniel James Nitz<br>25-A-5869 | Civil | State Court of Cobb County, Georgia<br>12 E Park Square<br>Marietta, GA 30090 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Arrowhead Vineyards, LLC _____        Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2.  Arrowhead Vineyards, LLC v.<br>Auto Owner's | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

### Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| 2024 Crop Yield | January 2025 Payment received $133,946.00; May 2025 Payment Received $522,140.00 | | $0.00 |

---

### Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor   Arrowhead Vineyards, LLC                                          Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   CBH Attorneys & Counselors, PLLC. MAIN OFFICE 25 Division Avenue S., Suite 500 Grand Rapids, MI 49503 | Attorney Fees | | $30,000.00 |

**Email or website address**
nikki@chasebylenga.com

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankrutcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

Debtor   Arrowhead Vineyards, LLC                                    Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Lawrence Freezer Corporation 224 Michigan St. Lawrence, MI 49064 | Todd Robbins (Manager); Dan Nitz (President) | Frozen Grapes | ☐ No ■ Yes |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor   Arrowhead Vineyards, LLC _____   Case number (if known) _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. Lakeview Vineyards, LLC 7707 Lincoln Ave Baroda, MI 49101 | Real Property Holding Company - Affiliated Entity with common ownership of Debtor | EIN: From-To |
| 25.2. Nitzco, LLC 7707 Lincoln Ave Baroda, MI 49101 | Affiliated Entity - Asset Holding Company (Vehicles) | EIN: From-To |
| 25.3. Nitz Bev, LLC 7707 Lincoln Ave Baroda, MI 49101 | Affiliated Entity - Wine Tasting Room | EIN: From-To |
| 25.4. Chill Hill, LLC 7707 Lincoln Ave. Baroda, MI 49101 | Affiliated Entity | EIN: From-To |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    Arrowhead Vineyards, LLC _____    Case number *(if known)* _____

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | TRI-COUNTY BOOKKEEPERS INC 2525 LAKE PINE DR, STE A Saint Joseph, MI 49085 | 2025 |
| 26a.2. | Kruggel Lawton CPAs 2401 W. Centre Ave. Portage, MI 49024 | 2025, 2026 |
| 26a.3. | Tree House Financial c/o Tom Rowland 1581 E 90th Pl, Ste D Merrillville, IN 46410 | 2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | TRI-COUNTY BOOKKEEPERS INC 2525 LAKE PINE DR, STE A Saint Joseph, MI 49085 | 2022 - 2025 |
| | Name and address | Date of service From-To |
| 26b.2. | Kruggel Lawton CPAs 2401 W. Centre Ave. Portage, MI 49024 | 2026 |
| | Name and address | Date of service From-To |
| 26b.3. | Tree House Financial c/o Tom Rowland 1581 E 90th Pl, Ste D Merrillville, IN 46410 | 2024 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Kruggel Lawton CPAs 2401 W. Centre Ave. Portage, MI 49024 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Greenstone Farm Credit Service 3515 West Road East Lansing, MI 48823 |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    Arrowhead Vineyards, LLC          Case number *(if known)*

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Derek Tahaney | 05/30/2024 | Appraisal |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Greenstone Farm Credit Service<br>3515 West Road<br>East Lansing, MI 48823 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Nitz | 8653 Hollywood Rd<br>Berrien Springs, MI 49103 | President | 33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Norma Nitz | 7707 Lincoln Ave.<br>Baroda, MI 49101 | Member | 66% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Daniel Nitz<br>8653 Hollywood Rd<br>Berrien Springs, MI 49103 | Salary of $78,000.00 | Weekly | President/Managing Member |
| | **Relationship to debtor**<br>President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    Arrowhead Vineyards, LLC _____    Case number *(if known)* _____

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

�■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___January 14, 2026___

/s/ Daniel Nitz _____          Daniel Nitz _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Managing Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
�■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re    Arrowhead Vineyards, LLC                              Case No. _____

                                     Debtor(s)       Chapter    12

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    January 14, 2026                  /s/ Daniel Nitz

                                         Daniel Nitz/Managing Member
                                         Signer/Title

```
ACE HARDWARE
343 N MAIN ST
WATERVLIET MI 49098


AGDIRECT
5015 S 118TH ST
OMAHA NE 68137


AGRISOMPO
7101 82ND ST
LUBBOCK TX 79424


BEAUDOIN ELECTRICAL CONSTRUCTI
3042 S PIPESTONE RD
SODUS MI 49126


BRUNKE-GEIGER
8946 1ST ST
BARODA MI 49101


BURGOYNE RIDGE BARN, LLC
7707 LINCOLN AVE.
BARODA MI 49101


CAN CAPITAL ASSET SERVICING, I
1850 PARKWAY PLACE
STE. 1150
MARIETTA GA 30067


CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DRIV
CHICAGO IL 60693


CHILL HILL, LLC
7707 LINCOLN AVE.
BARODA MI 49101


CORPORATE CLIENT SERVICES LLC
1880 NORTH CONGRESS AVENUE
SUITE 211
BOYNTON BEACH FL 33426
```

```
DANIEL NITZ
8653 HOLLYWOOD RD
BERRIEN SPRINGS MI 49103


DIMENSION FUNDING
C/O LARRY WAGNER
6 HUGHES, SUITE 220,
IRVINE CA 92618


EAU CLAIRE FRUIT EXCHANGE
6486 W MAIN ST
EAU CLAIRE MI 49111


FINANCIAL PACIFIC LEASING INC.
3455 S. 344TH WAY
STE. 300
AUBURN WA 98001


GILLISON'S VARIETY FABRICATION
3033 BENZIE HWY
BENZONIA MI 49616


GREENSTONE FARM CREDIT SERVICE
3515 WEST ROAD
EAST LANSING MI 48823


HORIZON BANK
515 FRANKLIN SQUARE
MICHIGAN CITY IN 46360


INDIANA MICHIGAN POWER COMPANY
110 E WAYNE ST
FORT WAYNE IN 46802


INNOVATION REFUNDS
4350 WESTOWN PKWY 8
STE 300
WEST DES MOINES IA 50266


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346
```

```
JOHN DEERE FINANCIAL
P.O. BOX 5327
MADISON WI 53705-0327


KATHLEEN M. O'CONNELL
1850 PARKWAY PLACE SE SUITE 11
MARIETTA GA 30067


KENDELL ELECTRIC
832 SCRIBNER AVE NW
GRAND RAPIDS MI 49504


KLC FINANCIAL
4350 BAKER RD.
STE. 100
HOPKINS MN 55343


LAKEVIEW VINEYARDS EQUIPMENT
7707 LINCOLN AVE.
BARODA MI 49101


LAKEVIEW VINEYARDS, LLC
7707 LINCOLN AVE
BARODA MI 49101


LAKEVIEW VINEYARDS, LLC
7707 LINCOLN AVE.
BARODA MI 49101


LAWRENCE FREEZER CORPORATION
224 MICHIGAN ST
LAWRENCE MI 49064


LINDE GAS & EQUIPMENT, INC
10 RIVERVIEW DRIVE
DANBURY CT 06810


MICHIGAN ATTORNEY GENERAL
P.O. BOX 30212
LANSING MI 48909
```

```
MICHIGAN HARVESTER & VINEYARD
7707 LINCOLN AVE.
BARODA MI 49101


NITZ BEV, LLC
7707 LINCOLN AVENUE
BARODA MI 49101


NITZCO, LLC
7707 LINCOLN AVE.
BARODA MI 49101


NORMA NITZ
7707 LINCOLN AVE.
BARODA MI 49101


NUTRIENT AG SOLUTIONS
5296 HARVEST LAKE DR
LOVELAND CO 80538


SOUTHWESTERN SUPPLY CORP
4728 S NILES RD
SAINT JOSEPH MI 49085


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
PO BOX 30199
LANSING MI 48909


UNITED STATES ATTORNEY
ATTN: DONNA JUSTICE
330 IONIA AVE NW
THE LAW BLDG, STE 501
GRAND RAPIDS MI 49503


VARNUM
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501
```

```
WARNER, NORCROSS & JUDD
C/O LIZ VON EITZEN
180 EAST WATER ST.
STE 7000
KALAMAZOO MI 49007


WEST PLAINS MINING, LLC
6181 US-24 BUS
WABASH IN 46992
```

# United States Bankruptcy Court
### Western District of Michigan

In re    Arrowhead Vineyards, LLC

Debtor(s)

Case No. 

Chapter    12

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Arrowhead Vineyards, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Daniel Nitz
8653 Hollywood Rd
Berrien Springs, MI 49103

Norma Nitz
7707 Lincoln Ave.
Baroda, MI 49101

☐ None [*Check if applicable*]

January 14, 2026

Date

/s/ Michael P. Hanrahan

Michael P. Hanrahan

Signature of Attorney or Litigant
Counsel for    Arrowhead Vineyards, LLC
CBH Attorneys & Counselors, PLLC.
MAIN OFFICE
25 Division Avenue S., Suite 500
Grand Rapids, MI 49503
616-608-3061 Fax:616-719-3782
nikki@chasebylenga.com